TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants Richard J. Boudreau & Associates, LLC
and Richard J. Boudreau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE<br><br>PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>DEFENDANTS. | Case No.<br><br>CV12-00930 HRL<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau hereby remove to this Court the state court

-1-

NOTICE OF REMOVAL

action described below:

1. On December 30, 2011, a complaint was filed against Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau by Plaintiff Eugene C. Pasquale in an action pending in the Superior Court of the State of California in and for the County of Santa Clara, entitled, *Pasquale v. Richard J. Boudreau & Associates, LLC et al.*, Case No. 111CV215877. A copy of the state court complaint ("complaint") and other papers served on removing Defendants in the state court action are attached hereto as Exhibit 1.

2. This removal petition is timely under 28 U.S.C. §1446(b) because removing Defendants were served with the summons and complaint on or about February 6, 2012.

3. Defendant Experian Information Solutions, Inc. has not been joined with this Notice of Removal since Defendant Experian Information Solutions, Inc. has not appeared in the state court action nor has Plaintiff Eugene C. Pasquale filed any papers in the state court action evidencing that Defendant Experian Information Solutions, Inc. has been served with the Summons and Complaint in the state court action.

## JURISDICTION

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and that may be removed to this Court by removing Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the complaint seeks damages based upon violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq. and the Fair Credit Reporting Act, 15 U.S.C. §§1681 et seq.

## VENUE

5. The complaint was filed in the Superior Court of the State of California, County of Santa Clara. Therefore, venue in the San Jose Division of the

NOTICE OF REMOVAL

1 | Northern District is proper. 28 U.S.C. §1441 (providing for removal "to the district
2 | court of the United States for the district and division embracing the place" where the
3 | state court action is pending).

Dated: February 22, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/ Timothy P. Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendants Richard J. Boudreau
& Associate, LLC and Richard J. Boudreau

-3-

NOTICE OF REMOVAL