TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants Richard J. Boudreau & Associates, LLC
and Richard J. Boudreau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE<br><br>PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>DEFENDANTS. | Case No. CV 12-00930 HRL<br><br>**ANSWER OF RICHARD J. BOUDREAU & ASSOCIATES, LLC AND RICHARD J. BOUDREAU TO COMPLAINT** |

Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau ("Defendants") for themselves and for no other defendants, answer as follows:

## INTRODUCTION

1. Answering paragraph 1 of the Complaint, Defendants state that Paragraph 1 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

## PARTIES

2. Answering paragraph 2 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

3. Answering paragraph 3 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

4. Answering paragraph 4 of the Complaint, Defendants deny the allegations contained therein.

5. Answering paragraph 5 of the Complaint, Defendants deny the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

7. Answering paragraph 7 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

8. Answering paragraph 8 of the Complaint, Defendants deny the allegations contained therein.

## JURISDICTION AND VENUE

9. Answering paragraph 9 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

10. Answering paragraph 10 of the Complaint, Defendants deny the

allegations contained therein.

11. Answering paragraph 11 of the Complaint, Defendants deny the allegations contained therein.

12. Answering paragraph 12 of the Complaint, Defendants deny the allegations contained therein.

## FACTUAL ALLEGATIONS

13. Answering paragraph 13 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

14. Answering paragraph 14 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

15. Answering paragraph 15 of the Complaint, Defendants admit that Plaintiff's credit report was obtained and deny the remaining allegations contained therein as to it and is without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

16. Answering paragraph 16 of the Complaint, Defendants deny the allegations contained therein.

17. Answering paragraph 17 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

18. Answering paragraph 18 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

19. Answering paragraph 19 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

20. Answering paragraph 20 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to

form a belief as to the truth of the allegations as to any other defendants.

21. Answering paragraph 21 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

22. Answering paragraph 22 of the Complaint, Defendants deny each and every allegation therein.

23. Answering paragraph 23 of the Complaint, Defendants deny each and every allegation therein.

24. THERE IS NO PARAGRAPH 24 ALLEGED.

25. Answering paragraph 25 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

26. Answering paragraph 26 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

27. Answering paragraph 27 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

28. Answering paragraph 28 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

29. Answering paragraph 29 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

30. Answering paragraph 30 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

31. Answering paragraph 31 of the Complaint, Defendants deny the

allegations contained therein.

32. Answering paragraph 32 of the Complaint, Defendants deny the allegations contained therein.

33. Answering paragraph 33 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

34. Answering paragraph 34 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

35. Answering paragraph 35 of the Complaint, Defendants deny the allegations contained therein.

36. Answering paragraph 36 of the Complaint, Defendants deny the allegations contained therein.

37. Answering paragraph 37 of the Complaint, Defendants deny the allegations contained therein.

38. Answering paragraph 38 of the Complaint, Defendants deny the allegations contained therein.

39. Answering paragraph 39 of the Complaint, Defendants admit that Plaintiff sent the letter attached as Exhibit A to the Complaint.

40. Answering paragraph 40 of the Complaint, Defendants admit the allegations contained therein.

41. Answering paragraph 41 of the Complaint, Defendants deny the allegations contained therein.

42. Answering paragraph 42 of the Complaint, Defendants deny the allegations contained therein.

## COUNT I

43. Answering paragraph 43 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

44. Answering paragraph 44 of the Complaint, Defendants state that Paragraph 44 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

45. Answering paragraph 45 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

## COUNT II

46. Answering paragraph 46 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

47. Answering paragraph 47 of the Complaint, Defendants state that Paragraph 47 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

48. Answering paragraph 48 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

## COUNT III

49. Answering paragraph 49 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

50. Answering paragraph 50 of the Complaint, Defendants state that Paragraph 50 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

51. Answering paragraph 51 of the Complaint, Defendants deny the

allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

### COUNT IV

52. Answering paragraph 52 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

53. Answering paragraph 53 of the Complaint, Defendants state that Paragraph 53 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

54. Answering paragraph 54 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

### COUNT V

55. Answering paragraph 55 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

56. Answering paragraph 56 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

57. Answering paragraph 57 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

### COUNT VI

58. Answering paragraph 58 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

59. Answering paragraph 59 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

## COUNT VII

60. Answering paragraph 60 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

61. Answering paragraph 61 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

## COUNT VIII

62. Answering paragraph 62 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

63. Answering paragraph 63 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

## COUNT IX

64. Answering paragraph 64 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

65. Answering paragraph 65 of the Complaint, Defendants deny the allegations contained therein as to them and are without knowledge or information to form a belief as to the truth of the allegations as to any other defendants.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State Cause of Action)**

The Complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to Defendants.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Complaint and each cause of action contained therein is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

At all times material herein, Plaintiff failed and neglected to mitigate his damages, so as to reduce and/or diminish his claim.

### FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Defendants are informed and believe and on such basis allege that Plaintiff has committed laches and that each and every cause of action within the Complaint should fail because Plaintiff has inexcusably and unreasonably delayed the commencement of his action against Defendants and is estopped from asserting his actions as a result thereof.

### FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Defendants are informed and believe that the Complaint and each and every cause of action contained therein fails because of Defendants' reasonable reliance on the acts or omissions of Plaintiff, whereby Plaintiff is now estopped from asserting the claims in his Complaint against Defendants.

### SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims against Defendants are expressly barred as a result of Plaintiff's unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

If Plaintiff suffered or sustained any damage or injury, either as alleged in the Complaint, or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault, and unlawful conduct of other parties or entities, whether or not parties to this action, and the damages of Plaintiff, if any,

shall be reduced in proportion to the amount of negligence and/or fault attributable to such other persons or entities, whether or not parties to this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

If Plaintiff suffered or sustained any damage or injury, either as alleged in the Complaint or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault and unlawful conduct of Plaintiff, and damages of Plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

WHEREFORE, Defendants pray for judgment as follows:

1. Plaintiff take nothing by reason of the complaint;
2. Defendants be dismissed with prejudice;
3. For costs of suit incurred herein;
4. For reasonable attorney's fees incurred herein; and
5. For such other relief as the Court deems just and proper.

Dated: March 9, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau

*Pasquale v. Richard J. Boudreau & Associates, LLC et al.*
**USDC, Case No. CV 12-00930 HRL**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On March 9, 2012, I served a true copy of the **ANSWER TO COMPLAINT** on all interested parties in this action by:

[  ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ X ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

Eugene C. Pasquale
1720 Grace Avenue
San Jose, CA  95125

[  ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[  ]   By ECF:  On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on March 9, 2012, at Santa Ana, California.

_____/s/Timothy Johnson_____
TIMOTHY P. JOHNSON