1  Eugene C Pasquale
2  1720 Grace Avenue
   San Jose, Ca. 95125
3  Telephone: 408.758.8501
   gpasquale1@att.net
4  *Pro Per*



Filed

MAR 21 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE, | Case No. CV 12-00930 HRL |
| PLAINTIFF, PRO PER | |
| vs. | |
| RICHARD J. BOUDREAU & ASSOCIATES, LLC.; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive, | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| | Judge: Honorable Howard R. Lloyd |
| DEFENDANTS. | |

As the Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING - 1

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

_x_ A computer with internet access;

_x_ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

_x_ A scanner to convert documents that are only in paper format into electronic files;

_x_ A printer or copier to create to create required paper copies such as chambers copies;

_x_ A word-processing program to create documents; and

_x_ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 3/20/2012

Respectfully submitted,

Eugene C Pasquale
Plaintiff Pro Per
1720 Grace Ave.,
San Jose, CA 95125
408 758-8501

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING - 2