Eugene C Pasquale
1720 Grace Avenue
San Jose, Ca. 95125
Telephone: 408.758.8501
gpasquale1@att.net

RECEIVED

MAR 2 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| EUGENE C PASQUALE, | ) |
| PLAINTIFF, PRO PER | ) Case No.CV 12-00930 HRL |
| vs. | ) |
| RICHARD J. BOUDREAU & | ) [PROPOSED] ORDER GRANTING |
| ASSOCIATES, LLC.; RICHARD J. | ) MOTION FOR PERMISSION FOR |
| BOUDREAU, individually and in his official | ) ELECTRONIC CASE FILING |
| capacity, EXPERIAN INFORMATION | ) DATE: |
| SOLUTIONS, INC.; is a business entity, | ) TIME: |
| form unknown; and JOHN DOES 1 through | ) COURTROOM: |
| 10, inclusive, | ) JUDGE: |
| | ) Honorable Howard R. Lloyd |
| DEFENDANTS. | ) |

_____

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____
                                 United States District/Magistrate Judge

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING - 3