1   Jacqueline Vallette (State Bar No. 266989)
    jvallette@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, California  94104
    Telephone:  415.626.3939
4   Facsimile:  415.875.5700

5   Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   EUGENE C. PASQUALE,                    **Case No. 5:12-cv-00930-HRL**

13            Plaintiff,                     **EXPERIAN INFORMATION
                                             SOLUTIONS, INC'S ANSWER TO**
14         v.                                **PLAINTIFF'S COMPLAINT**

15   RICHARD J. BOUDREAU &
     ASSOCIATES, et al.,
16
             Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, and in answer to the Complaint, states as follows:

## INTRODUCTION

1.     In response to paragraph 1 of the Complaint, Experian admits that Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA") and various other statutes.  Experian denies that it has violated the FCRA or the other statutes included and denies that it is liable to Plaintiff for any alleged damages.

## PARTIES

2.     Experian incorporates and reavers its answer to paragraph 1 as though fully set forth herein.

3.     In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.     In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.     In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.     In response to paragraph 6 of the Complaint, Experian admits that it is an Ohio corporation, which its principal place of business in Costa Mesa, California.  Experian further admits that it is a "consumer reporting agency" as that term is defined by 15 U.S.C. § 1681a(f). Except as specifically admitted, Experian denies, generally and specifically, each and every allegation of paragraph 6 of the Complaint.

7.     In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.     In response to paragraph 8 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 8 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

9.     Experian incorporates and reavers its answers to paragraphs 1 through 8 as though fully set forth herein.

10.     In response to paragraph 10 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, Experian admits that it is qualified to do business and does conduct business in the State of California.  Experian further admits that its corporate headquarters are located in Costa Mesa, California.  Except as specifically admitted, Experian denies, generally and specifically, each and every allegation of paragraph 11 of the Complaint.

12.     In response to paragraph 12 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

13.     Experian incorporates and reavers its answers to paragraphs 1 through 12 as though fully set forth herein.

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 16 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 17 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to paragraph 18 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 18 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 22 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

1  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

2  contained therein.

3      23.    In response to paragraph 23 of the Complaint, Experian denies, generally and

4  specifically, each and every allegation contained therein that relates to Experian.  As to the

5  allegations in paragraph 23 of the Complaint that relate to the other defendants, Experian is

6  without knowledge or information sufficient to form a belief as to the truth of the allegations

7  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

8  contained therein.

9      24.    In response to paragraph 24 of the Complaint, Experian denies, generally and

10  specifically, each and every allegation contained therein that relates to Experian.  As to the

11  allegations in paragraph 24 of the Complaint that relate to the other defendants, Experian is

12  without knowledge or information sufficient to form a belief as to the truth of the allegations

13  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

14  contained therein.

15      25.    In response to paragraph 25 of the Complaint, Experian denies, generally and

16  specifically, each and every allegation contained therein that relates to Experian.  As to the

17  allegations in paragraph 25 of the Complaint that relate to the other defendants, Experian is

18  without knowledge or information sufficient to form a belief as to the truth of the allegations

19  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

20  contained therein.

21      26.    In response to paragraph 26 of the Complaint, Experian denies, generally and

22  specifically, each and every allegation contained therein that relates to Experian.  As to the

23  allegations in paragraph 26 of the Complaint that relate to the other defendants, Experian is

24  without knowledge or information sufficient to form a belief as to the truth of the allegations

25  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

26  contained therein.

27      27.    In response to paragraph 16 of the Complaint, Experian denies, generally and

28  specifically, each and every allegation contained therein that relates to Experian.  As to the

allegations in paragraph 16 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 28 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 33 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the

1    allegations in paragraph 34 of the Complaint that relate to the other defendants, Experian is
2    without knowledge or information sufficient to form a belief as to the truth of the allegations
3    contained therein, and, on that basis, denies, generally and specifically, each and every allegation
4    contained therein.

5    35.    In response to paragraph 35 of the Complaint, Experian denies, generally and
6    specifically, each and every allegation contained therein that relates to Experian.  As to the
7    allegations in paragraph 35 of the Complaint that relate to the other defendants, Experian is
8    without knowledge or information sufficient to form a belief as to the truth of the allegations
9    contained therein, and, on that basis, denies, generally and specifically, each and every allegation
10   contained therein.

11   36.    In response to paragraph 36 of the Complaint, Experian denies, generally and
12   specifically, each and every allegation contained therein that relates to Experian.  As to the
13   allegations in paragraph 36 of the Complaint that relate to the other defendants, Experian is
14   without knowledge or information sufficient to form a belief as to the truth of the allegations
15   contained therein, and, on that basis, denies, generally and specifically, each and every allegation
16   contained therein.

17   37.    In response to paragraph 37 of the Complaint, Experian is without knowledge or
18   information sufficient to form a belief as to the truth of the allegations contained therein, and, on
19   that basis, denies, generally and specifically, each and every allegation contained therein.

20   38.    In response to paragraph 38 of the Complaint, Experian is without knowledge or
21   information sufficient to form a belief as to the truth of the allegations contained therein, and, on
22   that basis, denies, generally and specifically, each and every allegation contained therein.

23   39.    In response to paragraph 39 of the Complaint, Experian denies, generally and
24   specifically, each and every allegation contained therein that relates to Experian.  As to the
25   allegations in paragraph 39 of the Complaint that relate to the other defendants, Experian is
26   without knowledge or information sufficient to form a belief as to the truth of the allegations
27   contained therein, and, on that basis, denies, generally and specifically, each and every allegation
28   contained therein.

40.     In response to paragraph 40 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 40 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 41 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 42 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I

43.     Experian incorporates and reavers its answers to paragraphs 1 through 42 as though fully set forth herein.

44.     In response to paragraph 44 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 44 inconsistent herewith.

45.     In response to paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 45 of the Complaint that relate to the other defendants, Experian is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

<b>COUNT II</b>

46.     Experian incorporates and reavers its answers to paragraphs 1 through 45 as though fully set forth herein.

47.     In response to paragraph 47 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 47 inconsistent herewith.

48.     In response to paragraph 48 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 48 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

<b>COUNT III</b>

49.     Experian incorporates and reavers its answers to paragraphs 1 through 48 as though fully set forth herein.

50.     In response to paragraph 50 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 50 inconsistent herewith.

51.     In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 51 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

1  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

2  contained therein.

3  **COUNT IV**

4      52.     Experian incorporates and reavers its answers to paragraphs 1 through 51 as

5  though fully set forth herein.

6      53.     In response to paragraph 53 of the Complaint, Experian admits that the allegations

7  contained therein appear to set forth a portion of the federal Fair Credit Reporting Act.  Experian

8  affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies

9  any allegations of paragraph 53 inconsistent herewith.

10      54.     In response to paragraph 54 of the Complaint, Experian denies, generally and

11  specifically, each and every allegation contained therein that relates to Experian.  As to the

12  allegations in paragraph 54 of the Complaint that relate to the other defendants, Experian is

13  without knowledge or information sufficient to form a belief as to the truth of the allegations

14  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

15  contained therein.

16  **COUNT V**

17      55.     Experian incorporates and reavers its answers to paragraphs 1 through 54 as

18  though fully set forth herein.

19      56.     In response to paragraph 56 of the Complaint, Experian denies, generally and

20  specifically, each and every allegation contained therein that relates to Experian.  As to the

21  allegations in paragraph 56 of the Complaint that relate to the other defendants, Experian is

22  without knowledge or information sufficient to form a belief as to the truth of the allegations

23  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

24  contained therein.

25      57.     In response to paragraph 57 of the Complaint, Experian denies, generally and

26  specifically, each and every allegation contained therein that relates to Experian.  As to the

27  allegations in paragraph 57 of the Complaint that relate to the other defendants, Experian is

28  without knowledge or information sufficient to form a belief as to the truth of the allegations

1   contained therein, and, on that basis, denies, generally and specifically, each and every allegation

2   contained therein.

3                                       **COUNT VI**

4       58.     Experian incorporates and reavers its answers to paragraphs 1 through 57 as

5   though fully set forth herein.

6       59.     In response to paragraph 59 of the Complaint, Experian denies, generally and

7   specifically, each and every allegation contained therein that relates to Experian.  As to the

8   allegations in paragraph 59 of the Complaint that relate to the other defendants, Experian is

9   without knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

11  contained therein.

12                                      **COUNT VII**

13      60.     Experian incorporates and reavers its answers to paragraphs 1 through 59 as

14  though fully set forth herein.

15      61.     In response to paragraph 61 of the Complaint, Experian denies, generally and

16  specifically, each and every allegation contained therein that relates to Experian.  As to the

17  allegations in paragraph 61 of the Complaint that relate to the other defendants, Experian is

18  without knowledge or information sufficient to form a belief as to the truth of the allegations

19  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

20  contained therein.

21                                      **COUNT VIII**

22      62.     Experian incorporates and reavers its answers to paragraphs 1 through 61 as

23  though fully set forth herein.

24      63.     In response to paragraph 63 of the Complaint, Experian denies, generally and

25  specifically, each and every allegation contained therein that relates to Experian.  As to the

26  allegations in paragraph 63 of the Complaint that relate to the other defendants, Experian is

27  without knowledge or information sufficient to form a belief as to the truth of the allegations

28

1   contained therein, and, on that basis, denies, generally and specifically, each and every allegation

2   contained therein.

3                                         **COUNT IX**

4          64.     Experian incorporates and reavers its answers to paragraphs 1 through 63 as

5   though fully set forth herein.

6          65.     In response to paragraph 65 of the Complaint, Experian denies, generally and

7   specifically, each and every allegation contained therein that relates to Experian.  As to the

8   allegations in paragraph 65 of the Complaint that relate to the other defendants, Experian is

9   without knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained therein, and, on that basis, denies, generally and specifically, each and every allegation

11  contained therein.

12

13                                  **AFFIRMATIVE DEFENSES**

14                              **FIRST AFFIRMATIVE DEFENSE**

15                               **(FAILURE TO STATE A CLAIM)**

16         The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to

17  state a claim upon which relief may be granted against Experian and further fails to state facts

18  sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

19                             **SECOND AFFIRMATIVE DEFENSE**

20                               **(INSUFFICIENT PROCESS)**

21         The Complaint fails for sufficiency of process in that it was defective in the form of

22  summons and did not comply with 15 U.S.C. § 1448.

23                              **THIRD AFFIRMATIVE DEFENSE**

24                                      **(IMMUNITY)**

25         All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

26

27

28

1

**FOURTH AFFIRMATIVE DEFENSE**

2

**(TRUTH/ACCURACY OF INFORMATION)**

3       All claims against Experian are barred because all information Experian communicated to

4   any third person regarding Plaintiff was true.

5

**FIFTH AFFIRMATIVE DEFENSE**

6

**(INDEMNIFICATION)**

7       Experian is informed and believes and thereon alleges that any purported damages

8   allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom

9   Experian had neither control nor responsibility.

10

**SIXTH AFFIRMATIVE DEFENSE**

11

**(FAILURE TO MITIGATE DAMAGES)**

12       Plaintiff has failed to mitigate his damages.

13

**SEVENTH AFFIRMATIVE DEFENSE**

14

**(LACHES)**

15       The Complaint and each claim for relief therein is barred by laches.

16

**EIGHTH AFFIRMATIVE DEFENSE**

17

**(CONTRIBUTORY/COMPARATIVE FAULT)**

18       Experian is informed and believes and thereon alleges that any alleged damages sustained

19   by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and

20   resulted from Plaintiff's or third parties' negligence which equaled or exceeded any alleged

21   negligence or wrongdoing by Experian.

22

**NINTH AFFIRMATIVE DEFENSE**

23

**(ESTOPPEL)**

24       Any damages which Plaintiff may have suffered, which Experian continues to deny, were

25   the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estoped and

26   barred from recovery of any damages.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TENTH AFFIRMATIVE DEFENSE**

**(STATUTE OF LIMITATIONS)**

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

**TWELFTH AFFIRMATIVE DEFENSE**

**(INTERVENING CAUSE)**

Plaintiff's alleged damages were not caused by Experian, but by an independent intervening cause, including but not limited to accurate negative credit information regarding Plaintiff.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(IMPROPER REQUEST FOR PUNITIVE DAMAGES)**

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(RIGHT TO ASSERT ADDITIONAL DEFENSES)**

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Solutions, Inc. prays as follows:

a.      That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

b.      For costs of suit and attorneys' fees herein incurred; and

1      c.     For such other and further relief as the Court may deem just and proper.

2

3 Dated:  March 29, 2012              Respectfully submitted,

4                             */s/ Jacqueline Vallette*

5                             Jacqueline Vallette (State Bar No. 266989)

JONES DAY

6                             555 California Street, 26th Floor

San Francisco, CA 94104

7                             Telephone: (415) 875-5874

Facsimile: (415) 875-5700

8                             jvallette@jonesday.com

9                             Attorneys for Defendant

Experian Information Solutions, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Jacqueline Vallette, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On March 29, 2102, I served a copy of the **EXPERIAN INFORMATION SOLUTIONS, INC'S ANSWER TO PLAINTIFF'S COMPLAINT** by electronic transmission.

I am familiar with the United States District Court Northern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Eugene Pasquale
1720 Grave Avenue
San Jose, California 95125
408.758.8501

*Plaintiff; Pro Se*

Timothy Peter Johnson
Law Offices of Timothy P. Johnson
17821 East 17th Street, Suite 290
Tustin, California 92780
714.832.1170 // 714.832.1179

*Attorney for Defendant*
*Richard J. Boudreau & Associates, LLC*

Executed on March 29, 2012, at San Francisco, California.

/s/ Jacqueline Vallette

SFI-728955v1

-1-