Jacqueline Vallette (State Bar No. 266989)
jvallette@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  415.626.3939
Facsimile:  415.875.5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE C. PASQUALE,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, et al.,<br><br>Defendants. | **Case No. 5:12-cv-00930-HRL**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Civil Local Rule 3-16 that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.      Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.      Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

1     (a)    First American Real Estate Solutions, LLC

2     (b)    Vehicle Title, LLC

3     (c)    Central Source LLC

4     (d)    Online Data Exchange LLC

5     (e)    New Management Services LLC

6     (f)    VantageScore Solutions LLC

7     (g)    Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: March 29, 2012

/s/ *Jacqueline Vallette*
Jacqueline Vallette (State Bar No. 266989)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5874
Facsimile: (415) 875-5700
jvallette@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# CERTIFICATE OF SERVICE

I, Jacqueline Vallette, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On March 29, 2012, I served a copy of the **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** by electronic transmission.

I am familiar with the United States District Court Northern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Eugene Pasquale<br>1720 Grave Avenue<br>San Jose, California  95125<br>408.758.8501<br><br>*Plaintiff; Pro Se* | Timothy Peter Johnson<br>Law Offices of Timothy P. Johnson<br>17821 East 17th Street, Suite 290<br>Tustin, California  92780<br>714.832.1170 // 714.832.1179<br><br>*Attorney for Defendant*<br>*Richard J. Boudreau & Associates, LLC* |

Executed on March 29, 2012, at San Francisco, California.

*/s/ Jacqueline Vallette*
Jacqueline Vallette

SFI-728991v1