UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Eugene C Pasquale,

Plaintiff,

v.

Richard J. Boudreau & Associates, LLC, et.al.,

Defendants.

_______________________________________/

No. C12-00930

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 29, 2012 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: April 11, 2012

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jacqueline Matusko Vallette jvallette@jonesday.com, mplace@jonesday.com

Timothy Peter Johnson tjohnson@johnson-chambers.com

Eugene C Pasquale
1720 Grace Avenue
San Jose, CA 95125