**E-FILED on** 7/16/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE C. PASQUALE,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC. et al.,<br><br>        Defendants. | No. 12-00930 RMW<br><br>ORDER GRANTING PERMISSION TO E-FILE<br><br>**[Re Dkt. No 6]** |

    Plaintiff Eugene Pasquale's request for permission to file documents with the court electronically is hereby granted.

DATED:    July 16, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge