# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. PASQUALE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, et al.,<br><br>    Defendants. | ***E-FILED - 7/19/12***<br><br>CASE NO.: C-12-00930-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter has been scheduled for **August 24, 2012 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by August 17, 2012.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: July 19, 2012

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record:

Copy of Order Mailed on **7/19/12** to:

Eugene C. Pasquale
120 Grace Avenue
San Jose, CA 95125

    *Pro Se Plaintiff*