UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. PASQUALE<br><br>PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>DEFENDANTS. | Case No. CV 12-00930 HRL<br><br>**ORDER GRANTING STIPULATION TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY OR, IN THE ALTERNATIVE, TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 24, 2012<br>Time: 10:30 a.m.<br>Place: Courtroom 6<br><br>The Honorable Ronald M. Whyte |

1   The parties having stipulated that Timothy P. Johnson, counsel for
2   Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau, may
3   appear telephonically for the Case Management Conference scheduled for August 24,
4   2012 or that the Case Management Conference be continued to September 21, 2012
5   or September 28, 2012, and

6   GOOD CAUSE HAVING BEEN SHOWN, The court hereby
7   **GRANTS** the Stipulation to permit Timothy P. Johnson to appear telephonically for
8   the Case Management Conference or in the alternative orders that the Case
9   Management Conference is continued to September ᴳᶠ, 2012 at 10:30 a.m. in
10  Courtroom 6.

12  Dated: August ˡ___, 2012

          By: *Ronald M. Whyte*
          Hon. Ronald M. Whyte
          United States District Judge

ORDER GRANTING STIPULATION FOR              -2-
TELEPHONIC APPEARANCE OR TO CONTINUE
CASE MANAGEMENT CONFERENCE                                    CV 12-00930 HRL