UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case No. C-12-00930-RMW | JUDGE: Ronald M. Whyte | DATE: September 21, 2012<br>TIME IN: *10 mins.* |

PASQUALE      -V- RICHARD J. BOUDREAU & ASSOCIATES
Title

| | |
|---|---|
| C. Gardas | T. Johnson (by Phone), J. Vallette |
| Attorneys Present (Plaintiff) | Attorneys Present  (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Not Reported |

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  The Court set the following schedule: Jury Trial set for 7/29/13 @ 1:30 PM; Pretrial Conference set for 7/11/13 @ 2:00 PM; Joint Pretrial Statement due 7/3/13; Last Day to Hear Dispositive Motions set for 6/7/13 @ 9:00 AM; Discovery cutoff 4/15/13; Disclosure of Experts (if any) by 2/18/13.  Discovery Limits: Depositions - 3 per party; Interrogatories - 25 per party; Request for Admissions - 15 per party; Document Request - no limit but narrowly tailored.  The parties are to have a settlement conference with the Magistrate Lloyd prior to the pretrial conference date.  Parties are to contact his chambers for an available date.  Defendant to prepare order following the conference.