*E-FILED: January 17, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE C. PASQUALE,<br><br>    Plaintiff,<br>  v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C12-00930 RMW (HRL)<br><br>**ORDER TERMINATING DISCOVERY MOTION**<br><br>[Re: Docket No. 21] |

All discovery matters having been referred to the undersigned for disposition, defendants' Motion to Compel Answers to Discovery (Dkt. No. 21) will be terminated and the noticed hearing vacated. The parties are instead directed to comply with the undersigned's Standing Order re Civil Discovery Disputes.

SO ORDERED.

Dated: January 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-00930-RMW Notice has been electronically mailed to:

2  Christine Ann Gardas    chrisgardas@comcast.net, chrisgardas@gmail.com

3  Jacqueline Matusko Vallette    jvallette@jonesday.com, mplace@jonesday.com

4  Timothy Peter Johnson    tjohnson@johnson-chambers.com