1    Katherine A. Klimkowski (SBN 263099)
       JONES DAY
2    3161 Michelson Drive, Suite 800
       Irvine, CA 92612
3    Telephone: (949) 851-3939
       Facsimile: (949) 553-7539
4    kaklimkowski@jonesday.com

5    Attorney for Defendant
       EXPERIAN INFORMATION
6    SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE,<br><br>         Plaintiff,<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown, and JOHN DOES 1 through 10 inclusive,<br><br>         Defendants. | Case No.: C 12-00930-RMW<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

       **PLEASE TAKE NOTICE** that Katherine A. Klimkowski of JONES DAY, 3161 Michelson Drive, Suite 800, Irvine, CA 92612, Tel. (949) 851-3939, Fax (949) 553-7539 will enter her appearance on behalf of Defendant Experian Information Solutions, Inc.

IRI-47138v1

| | | |
|---|---|---|
| 1 | Dated:  January 18, 2013 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Katherine A. Klimkowski* |
| 4 | | Katherine A. Klimkowski |
| 5 | | Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Irvine, California 92612. On **January 18, 2013**, I served a copy of the within document **NOTICE OF APPEARANCE** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served by United States Mail:

Christine Ann Gardas
Law Offices of Chris Gardas
Post Office Box 2879
Vacaville, CA 95696-2879
Tel: 415-407-4918
Email: chrisgardas@comcast.net
*Plaintiff's Counsel*

Timothy Peter Johnson, Esq.
Law Offices of Timothy P. Johnson.
17821 E. 17th Street, Suite 290
Tustin, CA 92780
Tel: 714-832-1170
Email: tjohnson@johnsonchambers.com
*Counsel for Richard J. Boudreau and Richard J. Boudreau & Associates, LLC*

Executed on **January 18, 2013,** at Irvine, California.

          */s/ Katherine A. Klimkowski*
          Katherine A. Klimkowski