# EXHIBIT B

# LAW OFFICES OF TIMOTHY P. JOHNSON

ATTORNEY AT LAW
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
(714) 832-1170
FAX (714) 832-1179
internet: www.johnson-chambers.com

Timothy P. Johnson
johnson@johnson-chambers.com

admin@johnson-chambers.com

February 1, 2013

JAMS
160 W. Santa Clara Street, Suite 1600
San Jose, CA 95113

Attn.: Lisa Ladaga Midel

RE: Eugene C. Pasquale v. Richard J. Boudreau & Associates, et al.

Dear Ms. Midel:

I represent Defendant Richard J. Boudreau & Associates, LLC and Richard J. Boudreau in an action venued in the United States District Court for Northern District of California, Case No. CV-12-00930-RMW. I have recently received correspondence from your office regarding a demand for arbitration with regard to the issues in that case. To the extent that an objection to the demand for arbitration is binding on my clients since neither of my clients is a party to any arbitration agreement involving Mr. Pasquale nor do any of the issues in the above described arbitration have relevance to the arbitration agreement relied upon by Mr. Pasqual, please be advised that my clients have previously objected to any attempt to arbitrate this case by email dated December 12, 2012 directed to Mr. Pasquale's attorney, Chris Gardas. A copy of that email is enclosed for your reference.

Please feel free to contact me if you have any questions or comments.

Very truly yours,

LAW OFFICES OF TIMOTHY P. JOHNSON

Timothy P. Johnson

# Timothy P. Johnson

**From:** Timothy P. Johnson [tjohnson@johnson-chambers.com]
**Sent:** Wednesday, December 12, 2012 11:49 AM
**To:** 'Chris Gardas'
**Subject:** RE: Pasquale Offer of Settlement

I am advised that LVNV Funding LLC was the owner of the debt at the time that my client was attempting to collect the debt. No idea who owns the debt now.

With regard to the arbitration issue, my client feels that the arbitration agreement does not apply to its activities and, especially the issues that are the subject of this lawsuit. Regardless, my client further believes that plaintiff has waived any right that he had to arbitrate the case by filing this lawsuit in the court system and then waiting almost one year after that to raise the issue.

As I understand it, the time to respond to the discovery is now Dec 21. If you are going to file a motion regarding arbitration, it will need to be filed by Dec 21 because the time to complete discovery is rapidly running. If the motion is filed by Dec 21, I will agree to continue the time to respond to the discovery to two weeks after the motion is heard and decided by the district court as long as you will agree that you will agree to stipulate to continue the discovery and motion cut-off if that becomes necessary.

Timothy P. Johnson
*LAW OFFICES OF TIMOTHY P. JOHNSON*
1970 Old Tustin Avenue
2nd Floor
Santa Ana, CA 92705
714-832-1170

---

**From:** Chris Gardas [mailto:chrisgardas@comcast.net]
**Sent:** Friday, December 07, 2012 4:22 PM
**To:** 'Timothy P. Johnson'
**Subject:** RE: Pasquale Offer of Settlement

Tim,

Will you consent to an extension of discovery? Although my client is electing to arbitrate his claims against Boudreau, I don't want to initiate a formal JAMS demand until I have the name of the current owner of the debt.

Otherwise, please take notice that my client declines to respond to the discovery requests, and preserves all objections and privileges, pending removal to JAMS.

Thanks,
Chris Gardas

---

**From:** Timothy P. Johnson [mailto:tjohnson@johnson-chambers.com]
**Sent:** Friday, December 07, 2012 4:01 PM
**To:** 'Chris Gardas'
**Subject:** RE: Pasquale Offer of Settlement

I will discuss the arbitration issue with my client and get back to you as soon as possible.

1