1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12   EUGENE C. PASQUALE,

13           Plaintiff,

14   v.

15   RICHARD J. BOUDREAU & ASSOCIATES,

16   LLC; RICHARD J. BOUDREAU, individually
     and in his official capacity, EXPERIAN

17   INFORMATION SOLUTIONS, INC.; is s a
     business entity, form unknown; and JOHN

18   DOES 1 through 10, inclusive

19           Defendants.

Case No. C-12-00930-RMW

**ORDER DENYING STIPULATION**

[Re Docket No. 28]

20

21       The parties' stipulation, dkt. no. 28, to change the briefing schedule for defendants'

22   summary judgment motion is denied without prejudice.  The court is likely to grant a stipulation

23   that includs moving the hearing to a later date on or before June 7, 2013, that does not reduce the

24   court's time to review the parties' papers.

25

26

27   Dated:  April 19, 2013

28

_Ronald M. Whyte_

Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-12-00930-RMW
SW

- 1 -