UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 26, 2013

Case No. C-12-00930-RMW        JUDGE: Ronald M. Whyte        TIME  IN: *10 mins*.

PASQUALE                                      -V- RICHARD J. BOUDREAU & ASSOCIATES
Title

C. Gardas                                                    T. Johnson
Attorneys Present (Plaintiff)                          Attorneys Present  (Defendant)

COURT CLERK: Jackie Garcia                    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

MOTION TO STAY AND COMPEL ARBITRATION

ORDER AFTER HEARING

 Hearing Held.  The parties agree to continue all pending motions to 6/14/13 @ 9:00 AM.  Motion to stay

and compel arbitration [Dkt. 24]; motion for summary judgment [Dkt. 26] shall be reset.  Plaintiff to

file a supplemental declaration re: arbitration agreement.