Chris Gardas   SBN: 224550
Law Offices of Chris Gardas
P.O. Box 984
Clearlake Oaks, CA  95423
Tel (415) 407-4918
chrisgardas@gmail.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE,<br><br>    PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>    DEFENDANTS. | Case No. C 12-00930-RMW<br><br>JOINT NOTICE OF SETTLEMENT |

   PLEASE TAKE NOTICE THAT Plaintiff Eugene C. Pasquale and Defendants Experian Information Solutions, Inc. ("Experian"); RICHARD J. BOUDREAU & ASSOCIATES, LLC; and RICHARD J. BOUDREAU (collectively "Boudreau") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian and Boudreau pending in this action.

   The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with prejudice of all claims asserted against Experian and Boudreau.

Joint Notice of Settlement                                                                                                  p. 1

1 | Dated: June 10, 2013

JONES DAY

By: /s/ Katherine A. Klimkowski
    Katherine A. Klimkowski

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: June 10, 2013

LAW OFFICES OF TIMOTHY P. JOHNSON

By: /s/Timothy Johnson
    Timothy Johnson

Counsel for Defendants
RICHARD J. BOUDREAU & ASSOCIATES and
RICHARD J. BOUDREAU

Dated: June 10, 2013

LAW OFFICES OF CHRIS GARDAS

By: /s/Chris Gardas
    Chris Gardas

Counsel for Plaintiff
EUGENE C. PASQUALE