TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants Richard J. Boudreau & Associates, LLC
and Richard J. Boudreau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. PASQUALE<br><br>PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>DEFENDANTS. | Case No. CV 12-00930 RMW<br><br><br>**STIPULATION TO DISMISS ACTION AS TO DEFENDANTS RICHARD J. BOUDREAU & ASSOCIATES, LLC AND RICHARD J. BOUDREAU** |

IT BEING HEREBY STIPULATED by and between Plaintiff Eugene C. Pasquale and Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau through their counsel of record that Defendants Richard J.

Boudreau & Associates, LLC and Richard J. Boudreau be dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1) as a result of the settlement of that has been reached by Plaintiff Eugene C. Pasquale and Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau. Accordingly, Plaintiff Eugene C. Pasquale and Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau jointly move this court to dismiss Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau from this action and all claims asserted therein with prejudice.

Dated: July 22, 2013

LAW OFFICES OF CHRIS GARDAS

By: ___/s/Chris Gardas___
CHRIS GARDAS
Attorneys for Plaintiff
EUGENE C. PASQUALE

Dated: July 22, 2013

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: ___/s/Timothy Johnson___
TIMOTHY P. JOHNSON
Attorneys for Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau

Case5:12-cv-00930-RMW   Document35   Filed07/22/13   Page3 of 3

*Pasquale v. Richard J. Boudreau & Associates, LLC et al.*
<u>USDC, Case No. CV 12-00930 HRL</u>

### <u>CERTIFICATE OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On July 22, 2013, I served a true copy of the **STIPULATION TO DISMISS ACTION AND PROPOSED ORDER** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ X ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

| | |
|---|---|
| Katherine Klimkowski, Esq.<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612 | Chris Gardas, Esq.<br>P.O. Box 984<br>Clearlake Oaks, CA  95423 |

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on July 22, 2013, at Santa Ana, California.

/s/ Timothy Johnson
TIMOTHY P. JOHNSON

STIPULATION DISMISS ACTION        -3-        CV 12-00930 RMW