UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. PASQUALE<br><br>PLAINTIFF, PRO PER<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; and JOHN DOES 1 through 10, inclusive<br><br>DEFENDANTS. | Case No. CV 12-00930 RMW<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

///

///

///

///

ORDER GRANTING STIPULATION      -1-
TO DISMISS ACTION                                                    CV 12-00930 RMW

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the stipulation to dismiss this action as to Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau is granted.  This action is ordered to be dismissed as to Defendants Richard J. Boudreau & Associates, LLC and Richard J. Boudreau **WITH PREJUDICE.**

Dated: July GH____, 2013

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge