| | |
|---|---|
| 1 | Katherine A. Klimkowski (SBN 263099) |
| | JONES DAY |
| 2 | 3161 Michelson Drive, Suite 800 |
| | Irvine, CA  92612 |
| 3 | Telephone:   (949) 851-3939 |
| | Facsimile:    (949) 553-7539 |
| 4 | kaklimkowski@jonesday.com |
| 5 | Attorney for Defendant |
| | EXPERIAN INFORMATION |
| 6 | SOLUTIONS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C PASQUALE, | Case No.:  C 12-00930-RMW |
| Plaintiff, | |
| vs. | **[] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF EUGENE PASQUALE AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| RICHARD J. BOUDREAU & ASSOCIATES, LLC; RICHARD J. BOUDREAU, individually and in his official capacity, EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown, and JOHN DOES 1 through 10 inclusive, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice.  Plaintiff Eugene Pasquale and Defendant Experian Information Solutions, Inc. shall each bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge